JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE NORTON,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 2:18-cv-09113-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed.

DATED: February 04, 2019

*Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE